

# COURT OF CRIMINAL APPEALS

## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 05, 2015

Case Number PD-1699-13

HUDSON, CYNTHIA ANN

COA No. 06-11-00028-CR   Tr. Ct. No. 2009-F-00005

Cass County, 5th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, *Tavo Daugherty* ,
hereby acknowledge receipt of the mandate of the Court of Criminal
Appeals on *1-12-15* in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**